# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 378 EAL 2014
:
Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
LARRY ALEXANDER, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.